# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VERDA ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) NO. CIV-15-0773-HE |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner | ) |
| of Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff Verda Allen filed this action seeking to appeal the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying her application for supplemental security income benefits under the Social Security Act. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Bernard M. Jones, who recommends that the decision of the Commissioner be affirmed. Objections to the Report and Recommendation were due by May 19, 2016. No objection was filed.

Having failed to object to the Report and Recommendation, the parties have waived their right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Accordingly, the Report and Recommendation [Doc. No. 21] is **ADOPTED** and the decision of the Commissioner is **AFFIRMED.**

**IT IS SO ORDERED**.

Dated this 24th day of May, 2016.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE